No. 16,773.

DIXON *v.* WESTERN MARKETING CORPORATION.
(255 P. [2d] 390)

Decided March 16, 1953.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Messrs. HASTINGS & LEFFERDINK, for plaintiff in error.

Mr. FORREST C. NORTHCUTT, Messrs. GORDON & GORDON, for defendant in error.